**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7353**

OLANDIO RAY WORKMAN,

Plaintiff - Appellant,

v.

ROBERT PERRY, Investigator; JAMES E. HUDSON, Magistrate; WILL LEWIS, Sheriff of Greenville County; GREENVILLE COUNTY COUNCIL; GREENVILLE COUNTY SHERIFF'S OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., Senior District Judge. (6:18-cv-01331-HMH)

Submitted: April 4, 2019                                    Decided: April 10, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Olandio Ray Workman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olandio Ray Workman appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Workman v. Perry*, No. 6:18-cv-01331-HMH (D.S.C. Sept. 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*